### 3641. COKER *v.* CITY OF TIFTON.

HILL, C. J. 1. Questions involving the validity of a municipal ordinance and the jurisdiction of the trial court, not made in that court, and raised for the first time on certiorari in the superior court, will not be considered by the latter court, or by this court. *Sutton v. Washington,* 4 *Ga. App.* 30 (60 S. E. 811); *S., F. & W. Ry. Co. v. Hardin,* 110 *Ga.* 433 (35 S. E. 681).

2. No error of law appears, and the verdict fully supports the finding of the trial court.                 *Judgment affirmed.*

DECIDED NOVEMBER 7, 1911.

Certiorari; from Tift superior court—Judge Thomas. July 22, 1911.

*J. B. Murrow, J. J. Murray,* for plaintiff in error.

*Fulwood & Murray,* contra.